UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

GARNETT SMALL,

                                       Plaintiff,

                -against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, DEPUTY INSPECTOR BARRERE, POLICE
OFFICER JOSE ORTIZ, SHIELD NO. 02871, "JOHN DOE" POLICE
OFFICERS 1-10

                                         Defendants.

------------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE BY MAIL**

Docket No.: 07 CV 9631

STATE OF NEW YORK
COUNTY OF KINGS    ss:

**Nicole Sherrod** being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action.

On **January 2, 2008** I served a **Complaint and Jury Demand** upon **Sergeant Jose Ortiz**, the **defendant** in this proceeding, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the **defendant's counsel** at:

                            Sergeant Jose Ortiz
                      Patrol Bureau Brooklyn North
                              Gang Division
                            179 Wilson Avenue
                            Brooklyn, NY 11237

                            Signature: _____
                                                    Nicole Sherrod

Sworn to before me this 2 day of January 2008

_____
Notary Public or Court Employee

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171465
Qualified in King County
Commission Expires July 23, 2011

CIV-GP-11 (March 2001)-1