# MEMO ENDORSED

# STOLL, GLICKMAN & BELLINA<sup>LLP</sup> ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com



*Application to amend complaint granted provided it is filed within ten days.*

*SO ORDERED*
*[signature] USDJ*
*3/3/08*

VIA FACSIMILE: 212-805-7949
Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street, Room 2260
New York, 10007 NY

February 08, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

Re: Garnett Small v. City of New York et al.
    07 CV 9631

Your Honor,

I am plaintiff's counsel in the above-captioned matter. Plaintiff requests, with Corporation Counsel's consent, leave to amend his complaint. Plaintiff proposes only to add a defendant, P.O. Ronald Reynolds, Shield # 23271 and to change Officer Ortiz's title to Sergeant.

I regret not having the presence of mind to bring this to Your Honor's attention this morning during our conference. Thank you in advance for your consideration.

Very truly yours,

[signature]
Cynthia Conti-Cook, #CC0778
Associate, Stoll Glickman & Bellina L.L.P.

CC:
ACC Douglas Heim
City of New York Corporation Counsel
VIA FACSIMILE: 212-788-9776