

**MICHAEL A. CARDOZO**
*Corporation Counsel*

T̲HE C̲ITY OF N̲EW Y̲ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DOUGLAS W. HEIM**
Assistant Corporation Counsel
E-mail: dheim@law.nyc.gov
Phone: (212) 788-1298
Fax: (212) 788-9776

May 7, 2008

**VIA ORDERS AND JUDGMENTS CLERK AND ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Garnett Small v. The City of New York, et al., 07 Civ. 9631 (PKC)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. Enclosed, please find a fully executed Stipulation and Order of Settlement and Dismissal for Your Honor's signature and filing with the Clerk of the Court.

Thank you for your consideration herein.

Respectfully submitted,

/S/

Douglas W. Heim (DH 5238)
Assistant Corporation Counsel
Special Federal Litigation Division

Enc.

cc: Ms. Cynthia Helen Conti-Cook, Esq. (by ECF)
Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, NY 11217

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
   GARNETT SMALL,

                                  Plaintiffs,

                   -against-

   THE CITY OF NEW YORK, POLICE
   COMMISSIONER RAYMOND KELLY, DEPUTY
   INSPECTOR BARRERE, SERGEANT JOSE
   ORTIZ, SHIELD N0. 02871, P.O. RONALD
   REYNOLDS, SHIELD #23271, "JOHN DOE"
   POLICE OFFICERS 1-10,

                                 Defendants.
------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

07 Civ. 9631 (PKC)

      **WHEREAS**, plaintiff commenced this action by filing a complaint on or about October 30, 2007 alleging that defendants violated plaintiff's federal civil rights; and

      **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **WHEREAS**, plaintiff has authorized his counsel to settle this matter on the terms set forth below:

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

      1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff the sum of TWENTY-FIVE THOUSAND ($25,000.00) Dollars in full satisfaction of all claims, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the defendants and to release all defendants, any present or former employees and agents of the City of New York, and the City of New York or any agency thereof, from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendant that it has in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York, or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
      April 14, 2008

CYNTHIA H. CONTI-COOK, ESQ.
Attorney for Plaintiff
Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, New York 11217

By: _____
    Cynthia H. Conti-Cook (CC____)

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street
New York, N.Y. 10007
(212) 788-1298

By: _____
    Douglas W. Heim (DH5238)
    Assistant Corporation Counsel

SO ORDERED:

_____
    U.S.D.J.